UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62139-CIV-SINGHAL/VALLE

BRADFORD EMERGENCY GROUP,
LLC, *et al.*,

    Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF FLORIDA
INC. d/b/a Florida Blue, *et al.*,

    Defendants.
_____/

## ORDER OF REMAND

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Remand (DE [24]). In September 2021, Plaintiffs filed a Complaint (DE [1-2]) against Defendants in state court. Defendants subsequently removed the action to this Court. (DE [1]). The parties now agree that this action should be remanded to state court because there is no federal jurisdiction. (DE [24] ¶ 9). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **REMANDED** to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. Plaintiffs reserve the right to move for attorney's fees and costs associated with remand if appropriate. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of December 2021.

                                                      RAAG SINGHAL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF